by Gussie Jelin, an infant, by Lena Jelin, her guardian ad litem, against Samuel Singer and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

JOHNSON, Appellant, v. MORSE DRY DOCK· & REPAIR CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Thomas Johnson, as administrator, etc., of George Johnson, deceased, against the Morse Dry Dock & Repair Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 127 N. Y. Supp. 1126.

JOHNSON v. WELLS FARGO EXPRESS CO. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Appeal from Trial Term, New York County. Action by William Johnson against the Wells Fargo Express Company. From the judgment, and from an order denying a new trial, defendant appeals. Reversed, and new trial granted. William A. Jones, Jr., for appellant. Alfred J. Talley, for respondent.

SCOTT, J. Defendant appeals from a judgment, and order denying a motion for a new trial, in an action for damages suffered by plaintiff in consequence of having been run over by a truck driven by defendant's servant. The evidence in the aspect most favorable to plaintiff, and wholly disregarding the evidence in favor of defendant, utterly fails to show either that defendant's servant was guilty of negligence or that plaintiff himself was free from contributory negligence. When we come to consider all the evidence, including that presented by defendant, it becomes entirely clear that defendant's servant was free from negligence, and that the accident happened in consequence of plaintiff's own negligence or inadvertence. The judgment and order appealed from must therefore be reversed, and a new trial granted, with costs to appellant to abide the event. All concur.

JONES et al., Appellants, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) Action by Robert Jones and another against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment affirmed, with costs. See, also, 125 App. Div. 900, 109 N. Y. Supp. 1134.

JONES v. GOULD et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by John S. Jones against George J. Gould and others. No opinion. Motion granted. Question to be certified on settlement of order. Settle order on notice. See, also, 126 App. Div. 910, 110 N. Y. Supp. 1133; 128 N. Y. Supp. 280.

JONES v. SMITH et al. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Appeal from Trial Term, Queens County. Action by Melvina A. Jones against Christian E. Smith, individually and as executor of the alleged last will and testament of Melvin T. Smith, deceased, and others. From the judgment, and from an order denying a new trial, plaintiff appeals. Reversed, and new trial granted. Edmund C. Viemeister, for appellant. James M. Gray (Joseph E. Owens, on the brief), for respondents.

PER CURIAM. On the trial of this action numerous errors were committed in the exclusion of evidence offered by the plaintiff. Some of them, if taken alone, might be considered as harmless; but they were so numerous, and so continuous, that the mass of them cannot be overlooked by this court. Particular attention may be called to the rulings and exceptions shown in the record at folios 71, 72, 75, 76, 89, 102, 123, 145, 146, 162, 163, 177, 188, 190, 191, 205, 222, 240, 265, 266, 267, 271, 273, 279, 281, 282, 283, 336, and 389. The judgment and order are reversed, and a new trial granted; costs to abide the event.

KAHEN, Appellant, v. SZCZERBACKI, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Barnet Kahen against Frank Szczerbacki. No opinion. Judgment of County Court and judgment of City Court reversed, with costs in all courts to appellant.

KAMINSKY et al., Respondents, v. WILLIAM HAAKER CO., Appellant. (Supreme Court, Appellate Division, First Department April 13, 1911.) Action by Abraham Kaminsky and others against the William Haaker Company. J. M. Gorman, for appellant. R. Marks, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KAMINSKY et al. v. WILLIAM HAAKER CO. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Abraham Kaminsky and others against the William Haaker Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

KAPLAN v. FRIEDMAN CONST. CO. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Hyman Kaplan against the Friedman Construction Company. No opinion. Motion denied. Order filed. See, also, 127 N. Y. Supp. 1127.

KAUFMAN, Appellant, v. CRYSTAL et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Harry Kaufman against David Crystal and another. No opinion. Judgment and order unanimously affirmed, with costs.

KEAN et al., Respondents, v. KANE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Michael J. Kean and another, as executors, etc., against Mary Kane and others. PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellants to abide